1  **MICHELLE BETANCOURT**
California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4  Facsimile: (619) 687-2666
michelle_betancourt@fd.org

6  Attorneys for Mr. Valverde-Garcia

8  UNITED STATES DISTRICT COURT

9  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,      )   Case No. 08mj1314
                                   )
12              Plaintiff,         )
                                   )
13  v.                             )
                                   )   **NOTICE OF APPEARANCE**
14  **MOISES VALVERDE-GARCIA,**    )
                                   )
15              Defendant.         )
                                   )

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

                                   Respectfully submitted,

Dated: May 1, 2008                  s/ *Michelle Betancourt*
                                   **MICHELLE BETANCOURT**
                                   Federal Defenders of San Diego, Inc.
                                   Attorneys for Defendant
                                   michelle_betancourt@fd.org