| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | CHRISTOPHER P. TENORIO |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 166022 |
| | 880 Front Street, Room 6293 |
| 4 | San Diego, California 92101-8893 |
| | Telephone: (619) 557-7843/(619) 557-7381 (Fax) |
| 5 | Email: Christopher.Tenorio@usdoj.gov |
| 6 | Attorneys for Plaintiff |
| | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1454-JAH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| | ) | |
| MOISES VALVERDE-GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

Please call me if you have any questions about this notice.

DATED:   May 14, 2008

             Respectfully submitted,

             KAREN P. HEWITT
             United States Attorney

             s/ *Christopher P. Tenorio*
             CHRISTOPHER P. TENORIO
             Assistant U.S. Attorney

|    |                                                           |
|----|-----------------------------------------------------------|
| 1  |                                                           |
| 2  |                                                           |
| 3  |                                                           |
| 4  |                                                           |
| 5  | UNITED STATES DISTRICT COURT                              |
| 6  | SOUTHERN DISTRICT OF CALIFORNIA                           |

```
UNITED STATES OF AMERICA,    )    Case No. 08CR1454-JAH
                             )
            Plaintiff,       )    CERTIFICATE OF SERVICE
                             )
      v.                     )
                             )
MOISES VALVERDE-GARCIA,      )
                             )
            Defendant.       )
_____)
```

IT IS HEREBY CERTIFIED THAT:

   I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action. I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the defendant's attorney by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on May 14, 2008.

                                    s/ *Christopher P. Tenorio*
                                    CHRISTOPHER P. TENORIO
                                    Assistant U.S. Attorney