1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467, ext. 3737
4  michelle_betancourt@fd.org

5  Attorneys for Mr. Valverde-Garcia

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10             **(HONORABLE JOHN A. HOUSTON)**

11 | UNITED STATES OF AMERICA,       ) | CASE NO. 08CR1454-JA
                                    )
12 |         Plaintiff,              ) | DATE:  June 2, 2008
                                    ) | TIME:  8:30 A.M.
13 | v.                              )
                                    ) | NOTICE OF MOTIONS AND
14 | MOISES VALVERDE-GARCIA,         ) | MOTIONS TO:
                                    **)**
15 |         Defendant.              ) | 1) COMPEL DISCOVERY; AND
                                    ) | 2) LEAVE TO FILE FURTHER MOTIONS.

17 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
         CHRISTOPHER TENORIO, ASSISTANT UNITED STATES ATTORNEY:
18

19     **PLEASE TAKE NOTICE** that, on June 2, 2008, at 8:30 a.m., or as soon thereafter as counsel may

20 be heard, the defendant, Moises Valverde-Garcia, by and through his counsel, Michelle Betancourt and

21 Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions listed below.

22 //

23 //

24 //

25 //

26 //

27 //

28

                                                                                          08cr1454-JAH

# MOTIONS

Moises Valverde-Garcia, the defendant in this case, by and through his attorneys, Michelle Betancourt, and Federal Defenders of San Diego, Inc., pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Fed. R. Crim. P. 12, 16 and 26, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) Compel discovery; and

2) Grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,


s/ *Michelle Betancourt*
Dated: May 20, 2008            **MICHELLE BETANCOURT**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Moises Valverde-Garcia