**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Valverde-Garcia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr1454-JAH |
| Plaintiff, | ) | |
| v. | ) | PROOF OF SERVICE |
| **MOISES VALVERDE-GARCIA,** | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    CHRISTOPHER TENORIOAssistant United States Attorney
    Christopher.Tenorio@usdoj.gov efile.dkt.gc1@usdoj.gov,;Maria.Richardson@usdoj.gov

Dated: May 20, 2008
                                                   s/ Michelle Betancourt
                                               MICHELLE BETANCOURT
                                               Federal Defenders
                                               225 Broadway, Suite 900
                                               San Diego, CA 92101-5030
                                               (619) 234-8467 (tel)
                                               (619) 687-2666 (fax)
                                               e-mail: michelle_betancourt@fd.org